[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 6, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11082
Non-Argument Calendar

_____

D. C. Docket No. 05-00270-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC DESHON WHITE,
a.k.a. "E",

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(December 6, 2007)**

Before TJOFLAT, MARCUS and WILSON, Circuit Judges

PER CURIAM:

Arthur J. Madden III, appointed counsel for Eric Deshon White in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and White's conviction and sentence are **AFFIRMED**.